IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHERINE CHURCHILL,                    No.  CIV.S-04-1505 DAD

    Plaintiff,
                                        ORDER
  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____/

    This social security matter is before the court on the parties' cross-motions for summary judgment.  In her motion, plaintiff raises certain arguments regarding "new evidence" submitted to the district court.  Plaintiff apparently attempted to file such evidence with the court electronically on January 10, 2005, in support of her request for voluntary remand. Specifically, plaintiff's request for remand refers to attached reports from Andre Van Mol, M.D., dated June 9, 2004; James V. Potter, Ph.D., dated January 7, 2005; and John C. Wakefield, M.D., dated January 7, 2005.

1

1  (See Doc. no. 10.)  However, those documents are not in fact attached
2  to the request plaintiff electronically filed with the court.  Nor is
3  the evidence referred to by plaintiff attached to her motion for
4  summary judgment.
5       Accordingly, if plaintiff still desires the court to
6  consider her arguments in her motion for summary judgment with
7  respect to the medical reports described herein, plaintiff shall file
8  those reports within one (1) week of the date of this order.
9       IT IS SO ORDERED.
10 DATED: March 1, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.socsec/churchill1505.order.docs